1 JEROME C. ROTH (SBN 159483)
MUNGER, TOLLES & OLSON LLP
2 560 Mission Street
Twenty-Seventh Floor
3 San Francisco, CA 94105-2907
Telephone: (415) 512-4000
4 Facsimile: (415) 512-4077

5

Attorneys for Defendant
6 LG PHILIPS LCD AMERICA, INC.

7

8

9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| Ari Hakim, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LG-Philips LCD Co. Ltd., LG Philips LCD America, Inc.; Samsung Electronics Co. Ltd.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba Matsushita Display Technology Co., Ltd.; Hitachi Ltd.; Hitachi Displays, Ltd.; Hitachi America Ltd.; Hitachi Electronic Devices (USA), Inc.; Sanyo Epson Imaging Devices Corporation; NEC Corporation; NEC LCD Technologies, Ltd.; NEC Electronics America, Inc.; IDT International Ltd.; AU Optronics; International Display Technology Co., Ltd.; International Display Technology USA Inc.; AU Optronics Corporation America; Chi Mei Optoelectronics; Chi Mei Optoelectronics USA, Inc.; Chunghwa Picture Tubes Ltd.; Hannstar Display Corporation;<br><br>Defendants. | CASE NO. C 06-7699 (MJJ)<br><br>**STIPULATION FOR EXTENSION OF TIME**<br><br>Honorable Martin J. Jenkins |

1234443.1

STIPULATION FOR EXTENSION
OF TIME CASE NO. C 06-699 (MJJ)

1   WHEREAS plaintiff filed a complaint in the above-captioned case on or about
2   December 15, 2006;
3   WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid
4   Crystal Display ("LCD") products;
5   WHEREAS more than fifteen complaints have been filed to date in federal district
6   courts throughout the United States by plaintiffs purporting to bringing class actions on behalf of
7   indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively,
8   "the LCD Cases");
9   WHEREAS there is a motion pending before the Judicial Panel on Multidistrict
10  Litigation to transfer the LCD Cases to the Northern District of California for coordinated or
11  consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;
12  WHEREAS plaintiff anticipates the possibility of Consolidated Amended
13  Complaints in the LCD Cases;
14  WHEREAS plaintiff and LG Philips LCD America, Inc. ("LPL America") have
15  agreed that an orderly schedule for any response to the pleadings in the LCD Cases would be
16  more efficient for the parties and for the Court;
17  WHEREAS plaintiff agrees that the deadline for LPL America to respond to the
18  Complaint shall be extended until the earlier of the following two dates: (1) forty-five days after
19  the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after
20  plaintiff provides written notice to LPL America that he does not intend to file a Consolidated
21  Amended Complaint, provided that such notice may be given only after the initial case
22  management conference in the MDL transferee court in this case;
23  WHEREAS plaintiff further agrees that this extension is available, without further
24  stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing of
25  their intention to join this extension;
26  WHEREAS this Stipulation does not constitute a waiver by LPL America or any
27  defendant of any defense, including but not limited to the defenses of lack of personal or subject
28

1234443.1    - 1 -    STIPULATION FOR EXTENSION OF TIME   CASE NO. C 06-699 (MJJ)

1 | matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper venue.

PLAINTIFF AND DEFENDANT LPL AMERICA, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for LPL America to respond to the Complaint shall be extended until the earlier of the following two dates (1) forty-five days after the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff provides written notice that he does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case.

2. This extension is available, without further stipulation with counsel for plaintiff or further order of the Court, to all named defendants who notify plaintiff in writing of their intention to join this extension.

IT IS SO STIPULATED.

DATED: January 2, 2007

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: _____
JEROME C. ROTH
Attorneys for Defendant
LG PHILLIPS LCD AMERICA, INC

Of Counsel:

Michael R. Lazerwitz
Jeremy J. Calsyn
Lee F. Berger
CLEARLY GOTTLIEB STEEN &
   HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:   (202) 974-1500
Facsimile:     (202) 974-1999

| | | |
|---|---|---|
| 1 | DATED: January 2, 2007 | FURTH LEHMANN & GRANT LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | MICHAEL P. LEHMANN<br>THOMAS P. DOVE |
| 5 | | CHRISTOPHER L. LEBSOCK<br>JON T. KING |
| 6 | | Attorneys for Plaintiff<br>ARI HAKIM |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 1/8/2007

_____
Honorable Martin J. Jenkins
Judge of the United States District Court

CERTIFICATION

I, Jerome C. Roth, am the ECF User whose identification and password are being used to filed this Stipulation For Extension Of Time. In compliance with General Order 45.X.B, I hereby attest that Jon T. King has concurred in this filing.

1234443.1 — - 3 - — STIPULATION FOR EXTENSION OF TIME   CASE NO. C 06-699 (MJJ)