1  Thomas P. Dove (51921; tdove@furth.com)
   THE FURTH FIRM LLP
2  225 Bush Street, 15th Floor
   San Francisco, California 94104
3  Telephone: (415) 433-2070
   Facsimile: (415) 982-2076
4
   Brian Barry (135631; bribarry1@yahoo.com)
5  LAW OFFICES OF BRIAN BARRY
   1801 Avenue of the Stars, Suite 307
6  Los Angeles, California 90067
   Telephone:    (310) 788-0831
7  Facsimile:    (310) 788-0841

8  *Attorneys for Plaintiff* ARI HAKIM

9

10                     **UNITED STATES DISTRICT COURT**

11                     **NORTHERN DISTRICT OF CALIFORNIA**

12

| 13 | IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M 07-1827 SI |
|---|---|---|
| 14 | | MDL No. 1827 |
| 15 | This document relates to: | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| 16 | *Ari Hakim, et al. v. LG Philips LCD Co., Ltd., et al.*, Case No. 3:06-cv-07699-SI | Hon. Susan Illston |
| 17 | | |

18

19

20

21

22

23

24

25

26

27

28

94887.1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:06-cv-07699-SI

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:

2       Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff ARI HAKIM voluntarily

3 dismisses the matter of *Ari Hakim, et al. v. LG Philips LCD Co., Ltd., et al.*, Case No. 3:06-cv-

4 07699-SI, without prejudice.

5 Date: July 11, 2008.

/s/ Thomas P. Dove_____
Thomas P. Dove (Cal. S.B. 51921)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 433-2070
Facsimile: (415) 982-2076
E-Mail: tdove@furth.com

Brian Barry (Cal. S.B. 135631)
LAW OFFICES OF BRIAN BARRY
1801 Avenue of the Stars, Suite 307
Los Angeles, California 90067
Telephone: (310) 788-0831
Facsimile: (310) 788-0841

*Attorneys for Plaintiff* ARI HAKIM



GRANTED — Judge Susan Illston — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

94887.1       -1-
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:06-cv-07699-SI

# CERTIFICATE OF SERVICE

I, Robert L. Newman, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

**Notice of Voluntary Dismissal Without Prejudice**

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)
☐ by facsimile transmission to the parties listed below;
☐ by overnight mail to the parties listed below;
☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.
☐ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the above named addressee(s).
☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: July 11, 2008

                                                            */s/ Robert L. Newman*
                                                          Robert L. Newman

#3213740